IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Rosalind R

Printed: 12/23/08

Case Number: 04 B 46559
Judge: Hollis, Pamela S
Filed: 12/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 10, 2008
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 42,083.00 |  |
| Secured: |  | 33,229.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 6,750.00 |
| Trustee Fee: |  | 2,103.13 |
| Other Funds: |  | 0.00 |
| Totals: | 42,083.00 | 42,083.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 3,500.00 | 3,500.00 |
| 2. | General Motors Acceptance Corp | Administrative | 1,250.00 | 1,250.00 |
| 3. | James M Philbrick | Administrative | 2,000.00 | 2,000.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Beneficial | Secured | 0.00 | 0.00 |
| 6. | Beneficial | Secured | 0.00 | 0.00 |
| 7. | Beneficial | Secured | 0.00 | 0.00 |
| 8. | Beneficial | Secured | 2,320.54 | 1,719.47 |
| 9. | HSBC Mortgage Services | Secured | 8,224.30 | 3,139.58 |
| 10. | General Motors Acceptance Corp | Secured | 29,235.06 | 20,903.75 |
| 11. | Cook County Treasurer | Secured | 2,392.00 | 1,772.42 |
| 12. | Monterey Financial Services | Secured | 379.28 | 273.64 |
| 13. | American General Finance | Secured | 7,316.00 | 5,421.01 |
| 14. | General Motors Acceptance Corp | Unsecured | 1,115.63 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 121.11 | 0.00 |
| 16. | Monterey Financial Services | Unsecured | 18.20 | 0.00 |
|  |  |  | $ 57,872.12 | $ 39,979.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, Rosalind R

Printed: 12/23/08

Case Number:  04 B 46559
Judge:  Hollis, Pamela S
Filed:  12/20/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 210.55 |
| 3% | 102.23 |
| 5.5% | 476.18 |
| 5% | 54.67 |
| 4.8% | 416.53 |
| 5.4% | 642.76 |
| 6.5% | 200.21 |
| | $ 2,103.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

